DANA M.O. VIOLA          6095
Corporation Counsel

BRANDON Y. MORIKI        10507
Deputy Corporation Counsel
City and County of Honolulu
1001 Bishop Street, Suite 2020
Honolulu, Hawai'i 96813
Telephone:  (808) 768-5242
Facsimile:   (808) 768-1300
Email address: brandon.moriki@honolulu.gov

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| KALEB ALEXANDER HOOSIER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HONOLULU,<br><br>Defendant. | CIVIL NO. CV25-00312 DKW-KJM<br><br>DEFENDANT CITY AND COUNTY OF HONOLULU'S MOTION TO DISMISS PLAINTIFF KALEB ALEXANDER HOOSIER'S COMPLAINT FILED JULY 24, 2025; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br>Trial Date: None. |
|---|---|

DEFENDANT CITY AND COUNTY OF HONOLULU'S
MOTION TO DISMISS PLAINTIFF
<u>KALEB ALEXANDER HOOSIER'S COMPLAINT FILED JULY 24, 2025</u>

Defendant City and County of Honolulu ("City") moves, pursuant to Rules 8 and 12(b)(6) of the Federal Rules of Civil Procedure, for dismissal of Plaintiff Kaleb Alexander Hoosier's ("Plaintiff") Complaint, filed on July 24, 2025.

This Motion is brought pursuant to Fed. R. Civ. P. Rules 7, 8 (a), and 12(b)(6), and is based on the memorandum in support of the motion, the records and files herein, and such matters as may be presented at the hearing on the motion.

**CONFERENCE:**  Rule 7.8 does not require a conference with a pro se Plaintiff.

**HEARING:** The City's position is that the Court may decide this motion without a hearing pursuant to LR 7.1(c).

DATED:  Honolulu, Hawaiʻi, December 8, 2025.

>  DANA M.O. VIOLA
>  Corporation Counsel
>
>  By:  /s/ Brandon Y. Moriki
>       BRANDON Y. MORIKI
>       Deputy Corporation Counsel
>
>       Attorney for Defendant
>       CITY AND COUNTY OF HONOLULU